# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-2808
LT Case No. 2022-DP-001413-X

_____

S.B., MOTHER OF J.S.B., A CHILD,

> Appellant,

> v.

S.B. AND C.B.,

> Appellees.

_____

On appeal from the Circuit Court for Brevard County.
Kelly J. McKibben, Judge.

Richard F. Joyce, Special Assistant Regional Counsel, of Office of Criminal Conflict and Civil Regional Counsel, Casselberry, for Appellant.

Geoffrey P. Golub, of Geoffrey P. Golub, P.A., Melbourne, and Kelley Schaeffer, of Children's Legal Services, Bradenton, for Appellees.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Laura J. Lee, Assistant Director of Appeals, of the Statewide Guardian ad Litem Office, Tallahassee, and Morgan Lyle Weinstein, of Twig Trade & Tribunal, PLLC, Fort Lauderdale, for Guardian Ad Litem.

April 18, 2024

PER CURIAM.

AFFIRMED.

WALLIS, EISNAUGLE, and KILBANE,, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____